**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**HOWARD COHAN,**

        **Plaintiff,**

**v.**                                            **Case No: 6:24-cv-936-PGB-DCI**

**BENTO WATERFORD LLC,**

        **Defendant.**

_____/

**ORDER**

    The Court has been advised that the above-styled action has been settled. (Doc. 18). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

    **DONE AND ORDERED** in Orlando, Florida on August 5, 2024.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties