**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**HOWARD COHAN,**

   **Plaintiff,**

**v.**         **Case No: 6:24-cv-936-PGB-DCI**

**BENTO WATERFORD LLC,**

   **Defendant.**

_____/

### ORDER

  This cause is before the Court on the parties' Joint Motion for Dismissal With Prejudice, filed September 5, 2024. (Doc. 21 (the "**Motion**")). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Thus, the Motion is **GRANTED**. Plaintiff's claims against Defendant Bento Waterford, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

  **DONE AND ORDERED** in Orlando, Florida on September 6, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties